IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HENRY E. WILD, III,[1] | § | |
| | § | |
| Respondent Below, | § | No. 205, 2020 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| TONI L. WILD, | § | File No. CK19-01732 |
| | § | Petition No. 19-12050 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: October 6, 2020
Decided: October 15, 2020

# **O R D E R**

On September 16, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. On September 23, 2020, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. A timely response to the notice to show cause would have been due on or before October 5, 2020. The appellant has not responded to the notice to show cause, nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice